UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

**Jonn Olson,**

        **Plaintiff,**

v.

        Civil File No. 05-118 (MJD/AJB)

**International Business Machines,**

        **Defendant.**
_____

Clayton D. Halunen and Michael L. Puklich, Halunen and Associates, Counsel for Plaintiff.

Holly Robbins and Jerry W. Snider, Faegre & Benson LLP, Counsel for Defendant.

_____

This matter is before the Court upon the Parties' Motions in Limine and other pretrial issues. A hearing was held on July 5, 2006. At the hearing, Plaintiff agreed to have the Court rule on his motion in limine during the trial, and Defendant stated that the Parties have resolved their disputes over its motion in limine.

    **IT IS HEREBY ORDERED**:

    1.    Defendant's Motions in Limine [Doc. No. 101] is **DENIED AS MOOT**;

2. Defendant's Request for Permission to File Motion for Reconsideration is **DENIED**;

3. Plaintiff's FMLA claim based on taking leave to take care of his own health is not viable and will not be tried; and

4. Plaintiff's Motion in Limine [Doc. No. 95] is **STAYED** until trial testimony is heard.


Dated: July 5, 2006                s / Michael J. Davis
                                   Michael J. Davis
                                   United States District Court

2